UNITED STATES DISTRICT COURT
FOR THE
CENTRAL DISTRICT OF ILLINOIS

PHOENIX ENTERTAINMENT            )
PARTNERS, LLC,                   )
                                 )   Case No.:  1:15-cv-01258-JES-JEH
                    Plaintiff,   )
                                 )
        vs.                      )
                                 )
JAIMIE JORGENSEN d/b/a MOST      )
WANTED PRODUCTIONS,              )
                    Defendants.  )

MOTION TO DISMISS

Now Comes Jamie Jorgenson by and through his attorney Stephen T. Fieweger and pursuant to Fed. R. of Civ. P. 4(m) moves to dismiss without prejudice the claims made against him and support thereof states as follows:

1. That the plaintiff commenced this action on May 29, 2015, plaintiff subsequently filed an amended complaint on November 14, 2015.

2. That the defendant Jaimie Jorgensen was not served with summons and complaint within 90 days of the filing of the complaint nor was he served with summons and the amended complaint within 90 days of the filing of the amended complaint.

3. That the plaintiff did not have issued a summons for defendant Jorgensen until June 9, 2016, eleven months after the filing of the complaint and six months after the filing of the amended complaint.  That the court must dismiss this action without prejudice pursuant to Fed. R. Civ. P. 4(m).

4. That the plaintiff cannot show good cause for the failure to have defendant Jorgensen served within 90 days of the filing of either the complaint or amended complaint.

WHEREFORE for the reasons stated herein defendant Jaimie Jorgensen hereby requests this court enter an order dismissing without prejudice this the above-captioned cause of action against him.

Jaimie Jorgensen, Defendant

By /s/Stephen T. Fieweger

Stephen T. Fieweger
Stephen T. Fieweger, P.C.
5157 Utica Ridge Road
Davenport, IA 52807
Telephone:  563.424.1982
Fax:  563.424.1983
Email:  sfieweger@fiewegerlaw.com

Copy to:

Keith Vogt, Esq.
1033 South Blvd., Suite 200
Oak Park, IL 60302
Phone:  708.208.4787
Email:  keith@vogtip.com